JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN E. ALDANA III, | ) | NO. CV 20-7137-JVS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 25, 2021.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE